UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK SAXTON,

        Plaintiff,

v.

Case No. 12-11670

HONORABLE AVERN COHN

WELLS FARGO BANK, NA,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on August 17, 2012, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

                DAVID WEAVER

Dated: August 17, 2012        By: s/Julie Owens
                                   Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 17, 2012, by electronic and/or ordinary mail.

                S/Julie Owens
                Case Manager, (313) 234-5160